# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 22-674 MRW | Date | March 30, 2022 |
|---|---|---|---|
| Title | Ignacio Vera v. John R. Woillard Jr. | | |

Present: The Honorable   Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER RE: DISMISSING CASE**

   Plaintiff filed a notice to dismiss this case with prejudice. (Docket # 8.) This action is dismissed with prejudice.